IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBBY JOE MILLER,<br><br>    Plaintiff,<br><br>    v.<br><br>AMADOR COUNTY JAIL,<br><br>    Defendant. | No. 2:21-CV-2132-KJM-DMC-P<br><br><br><br>ORDER |

    Plaintiff, a pre-trial detainee proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion, ECF No. 19, for a stay of proceedings. Plaintiff's motion is denied as unnecessary. Plaintiff appears to seek a stay of consideration of Defendant's motion to dismiss, which is now fully briefed. See ECF Nos. 14 (motion), 18 (opposition), and 20 (reply). Plaintiff has not indicated any reason why consideration of Defendant's fully-briefed motion should be deferred. To the extent the jail has, as Plaintiff contends, an unwritten policy of not allowing pro se litigants access to any services, such policy can have no effect on the current posture of the case because, as indicated, Plaintiff

///

///

///

///

1

was able to file an opposition to Defendant's motion, which will be addressed by separate findings and recommendations.

IT IS SO ORDERED.

Dated: September 12, 2022

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE